# MEMORANDA

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

In the Matter of the Application of FREDERIC HALL WHITE, an Infant, for the Appointment of a General Guardian.

METCALF B. HATCH et al., Appellants; THE LONG ISLAND LOAN AND TRUST COMPANY, Respondent.

(Submitted February 13, 1900; decided February 27, 1900.)

Motion for reargument denied, with ten dollars costs. (See 160 N. Y. 685.)

---

FERDINAND BOHMER, JR., Appellant, *v.* LOUIS F. HAFFEN, Commissioner of Street Improvements of the Twenty-third and Twenty-fourth Wards of the City of New York, THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK and THE UNION RAILWAY COMPANY OF THE CITY OF NEW YORK, Respondents.

(Submitted January 29, 1900; decided February 27, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 390.)